6254.   KIRKLAND & SON *v.* HIGHSMITH.

RUSSELL, C. J.   1.  Within ten days after a bill of exceptions is signed and certified the plaintiff in error must cause a copy thereof to be served on the opposite party, or the writ of error will be dismissed.  Civil Code, § 6160.

2.  "The certificate of the trial judge to a bill of exceptions can not be amended by a supplemental certificate, changing the date thereof to a different date, although the purpose of the supplemental certificate appears to be to correct a mistake in the original certificate, and though counsel for defendant in error may consent to such change being thus made." *Norris* v. *Baker County*, 135 *Ga.* 229 (69 S. E. 106), citing *Jones* v. *State*, 127 *Ga.* 281 (56 S. E. 281), and *Cordray* v. *Savannah Union Station Co.*, 134 *Ga.* 865 (65 S. E. 697).

*Writ of error dismissed.*

DECIDED JANUARY 20, 1916.

Certiorari; from Coffee superior court—Judge Quincey.  November 30, 1914.

*B. T. Allen,* for plaintiff in error.  *E. R. Smith,* contra.